IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR DAVIS**, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **00-C-3025-S** |
| **THE CITY OF BIRMINGHAM**, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

ENTERED
MAY 22 2001

## MEMORANDUM OPINION GRANTING JUDGMENT
## AGAINST DEFENDANT KEVIN MCMILLIAN ON LIABILITY CLAIMS

Defendant Kevin McMillian was served with the summons and complaint in this action on April 1, 2001. Defendant McMillian did not file an answer or other responsive pleading. On May 4, 2001, Plaintiffs filed a motion for entry of default and default judgment. On May 7, 2001, the clerk entered default against Defendant McMillian.

The Court has considered Plaintiffs' submissions in support of their claims. Based on the evidence, the Court hereby finds and concludes that the individual Defendant McMillian is liable to Plaintiffs on their claims.

A judgment on liability will be entered accordingly.

DONE this 21st day of May, 2001.

Chief United States District Judge
U.W. Clemon

